# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 7, 2017

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen
Kurtis T. Wilder,
Justices

153157-8

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

                                                SC: 153157
                                                COA: 319995

DEONTE PIERRE ARNOLD,
       Defendant-Appellant.
                                                Oakland CC: 2013-245248-FH

_____/

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

                                                SC: 153158
                                                COA: 319996

SHERALYN MEDIANTE GEER,
       Defendant-Appellant.
                                                Oakland CC: 2013-245249-FH

_____/

On order of the Court, the application for leave to appeal the December 15, 2015 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 7, 2017



Clerk

s0531